# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

BRANDON WHITE
_____ )
Plaintiff )
)
CITY OF JEFFERSON )
vs. JEFFERSON CITY POLICE DEPT.)    Case No. _____
OFFICERS OF JCPD - Individual )
_____ Capacity )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, BRANDON WHITE declare that I am the plaintiff in this case, that because of my

poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the

information I have given relating to my ability to pay the costs of commencing and prosecuting this

action are true.

**I.**    **MARITAL STATUS AND PERSONAL DATA**

A.    Single: [X]    Married: [ ]    Separated: [ ]    Divorced: [ ]

B.    Name of Spouse __N/A__

C.    Age of plaintiff, petitioner or complainant: __42__

D.    Age of spouse: __N/A__

E.    Address of plaintiff, petitioner or complainant:

     2208 Missouri Blvd Ste 102
     Jefferson City MO 65109
     Telephone: 573 797-6232

F.    Address of spouse: __N/A__

     Telephone: __N/A__

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide: NONE RESIDE W/ PLAINTIFF - $444/month

## II. EMPLOYMENT

A. Name of employer: Unemployed

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____        Weekly $_____

Gross Income:        Monthly $_____        Weekly $_____

Does employer provide health insurance:        Yes☐        No☐

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer: N/A

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____        Weekly $_____

Gross Income:        Monthly $_____        Weekly $_____

C. Employment of spouse:

Name of employer: N/A

Page 2

Case 2:23-cv-04040-NKL    Document 1    Filed 02/28/23    Page 2 of 5

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:     Monthly $_____     Weekly $_____

Gross Income:   Monthly $_____     Weekly $_____

### III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.  Owner of real property?     Yes ☐     No ☒

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

B.  Owner of automobile:     Yes ☒     No ☐

If yes - Number of automobiles owned: ONE(1)

Make AUDI  Model A3  Year 2015

Make_____  Model_____  Year_____

In whose name registered? BRANDON WHITE

Present value: 13,000

Amount owed on the automobile(s): $0

Owed to:_____

Monthly payment(s): 7

Page 3

Case 2:23-cv-04040-NKL     Document 1     Filed 02/28/23     Page 3 of 5

C. Cash on hand: (Include checking and savings accounts)

$ 0 _____

List names and addresses of banks and associations:

Please do not state account numbers:

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☒ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☒ |
| Gifts or inheritances? | ☐ | ☒ |
| Welfare payments? | ☐ | ☒ |
| ADC or other governmental child support? | ☐ | ☒ |
| Unemployment benefits? | ☐ | ☒ |
| Social Security benefits? | ☐ | ☒ |
| Other sources? | ☒ | ☐ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

R25,000 loan

## IV. OBLIGATIONS

A. Monthly rental on house or apartment: homeless status

B. Monthly mortgage payments on house: 0

Amount of equity in house: 0

Page 4

C. Monthly mortgage payments on other properties: $ 0

Amount of equity in other properties: $ 0

D. Household expenses:

Monthly grocery expense:_____

Monthly utilities:

Gas:_____N/A_____

Electric:_____N/A_____

Water:_____N/A_____

Other: (Specify) _____Gasoline, daily necessites_____

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| Car title loan | 700.00 | Unknown |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Page 5